IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 22-82-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| RODNEY TRIMBLE, | |
| Defendant. | |

Upon the United States' Motion to Dismiss Indictment with Prejudice (Doc. 6) and for good cause shown,

**IT IS HEREBY ORDERED** that the United States' Motion (Doc. 6) is **GRANTED**. The indictment (Doc. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the arraignment presently set for Thursday, August 11, 2022 at 9:00 a.m. before Magistrate Judge Timothy J. Cavan is **VACATED**.

1

The Clerk of Court is directed to notify the parties and Magistrate Judge Cavan of the making of this Order.

DATED this 9th day of August, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge